**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------- x
ANN DANAHER,                     :
                                 :
          Plaintiff,             :   Civil No. 3:19-cv-1538(AWT)
                                 :
          v.                     :
                                 :
JACK HENRY & ASSOCIATES, INC.,   :
                                 :
                                 :
          Defendant.             :
-------------------------------- x
```

**ORDER**

The parties have reported that this action has been settled in full.  Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before September 1, 2020.

If the parties wish to file a stipulation or dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before September 1, 2020.

The date set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

It is so ordered.

Dated this 30th day of July 2020, at Hartford, Connecticut.

                              /s/AWT
                         Alvin W. Thompson
                    United States District Judg